```
                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. CR2-06-204 |
| vs. | : | |
| | : | JUDGE SMITH |
| JUDY WASER, | : | |
| Defendant. | : | |

O R D E R

Upon application and for good cause shown, the United States Attorney is hereby granted leave to file a dismissal of the Indictment against the named defendant.  A certified copy of this Order shall be the authority of the United States Marshal and other persons concerned to act in the premises.

*s/George C. Smith*
UNITED STATES DISTRICT JUDGE